No. 84–1305.   EPPERSON *v.* ESTATE OF EPPERSON.   Sup. Ct. Ark.   Certiorari denied. S. W. 2d 792.

No. 84–1308.   BOSLEY, CLERK OF THE CIRCUIT COURT, CITY OF ST. LOUIS, ET AL. *v.* BARNES ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 84–1309.   STARNES ET AL. *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–1314.   INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. *v.* HAMPTON ROADS SHIPPING ASSN.   C. A. 4th Cir.   Certiorari denied.

No. 84–1322.   NILL *v.* ESSEX GROUP, INC., ET AL.   Ct. App. Ind.   Certiorari denied.

No. 84–1325.   PONTERIO *v.* KOCH, MAYOR OF THE CITY OF NEW YORK, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–1328.   ULANE *v.* EASTERN AIR LINES, INC.   C. A. 7th Cir.   Certiorari denied.

No. 84–1330.   GOULD *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.   C. A. 9th Cir.   Certiorari denied.

No. 84–1336.   KERN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 84–1338.   RAMOS *v.* RAMOS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 84–1339.   RASKE *v.* BOARD OF COMMISSIONERS OF THE FOREST PRESERVE DISTRICT OF COOK COUNTY, ILLINOIS.   C. A. 7th Cir.   Certiorari denied.

No. 84–1349.   BUSTO *v.* MARTIN MARIETTA.   Ct. App. Colo. Certiorari denied.

No. 84–1356.   KOHN BEVERAGE CO. *v.* TEAMSTERS' LOCAL No. 348 ET AL.   C. A. 6th Cir.   Certiorari denied.